**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| DOMINION PLASTIC SURGERY, LLC, D/B/A HARTLAND SURGICAL CENTER, *Plaintiff*, -against- UNITEDHEALTHCARE INSURANCE COMPANY, *Defendant*. | : | Case No.: |

**NOTICE OF REMOVAL**

Defendant, UnitedHealthcare Insurance Company ("United" or "Defendant"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Notice of Removal, removing this civil action from the Circuit Court for Fairfax County, Virginia, to the United States District Court for the Eastern District of Virginia, Alexandria Division. This action is removable pursuant to 28 U.S.C. § 1332 in that there is complete diversity of citizenship between Plaintiff Dominion Plastic Surgery, LLC d/b/a Hartland Surgical Center ("Plaintiff") and United and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. In support of its Notice of Removal, United states as follows:

**INTRODUCTION**

1. This lawsuit involves a dispute arising from an alleged agreement between Plaintiff and United, in which United allegedly agreed to pay a set rate of 130% of the Medicaid allowed amounts for medical services Plaintiff rendered to a patient, identified in the Complaint as "J.C.M." on July 30, 2024. (Compl., ¶¶ 6-13). Plaintiff brings three causes of action against United for (1) breach of contract, (2) unjust enrichment, and (3) an unspecified tort claim.

2. This Court has subject matter jurisdiction over the instant case under 28 U.S.C. §

1332. Complete diversity of citizenship exists because Plaintiff and United are citizens of different states. The amount-in-controversy requirement is satisfied because Plaintiff's Complaint reveals that it seeks a judgment of $350,860.72, exclusive of interest and costs (*Id.*, ¶¶ 30, 32), which exceeds $75,000. United timely removes this action in accordance with 28 U.S.C. § 1446. Accordingly, jurisdiction is proper in this Court.

3. By filing this Notice of Removal, Defendant does not waive its right to object to venue, jurisdiction, or service of process, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

## Procedural Background

4. On or about July 24, 2026, Plaintiff commenced an action against United in the Circuit Court for Fairfax County, Virginia. The suit is styled as *Dominion Plastic Surgery, LLC d/b/a Hartland Surgical Center v. UnitedHealthcare Insurance Company*, Case No. CL-2026-0012158.

5. Plaintiff's Complaint ("Compl.") asserts three (3) Virginia state-law causes of action against United for (1) breach of contract, (2) unjust enrichment, and (3) an unspecified tort claim arising out of United's contractual business relationship. (*See generally* Compl.)

6. Plaintiff served a copy of the Summons and Complaint on United's registered agent in the Commonwealth of Virginia via process server on September 16, 2026. A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.[1]

7. As United was served with the Summons and Complaint on September 16, 2026, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

## THIS ACTION IS REMOVABLE ON THE BASIS OF DIVERSITY OF CITIZENSHIP JURISDICTION UNDER 28 U.S.C. § 1441(b)

[1] All other documents included in the State Court's docket are attached hereto as **Exhibit B**.

8. This Court has original jurisdiction over this case under 28 U.S.C. § 1332(a), which provides in pertinent part that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . (1) citizens of different states." *See* 28 U.S.C. § 1332. The party seeking removal bears the burden of establishing diversity jurisdiction. *See Hoschar v. Appalachian Power Co.*, 739 F.3d 163, 169 (4th Cir. 2014).

**A. Full Diversity of Citizenship Exists Among the Parties.**

**1. United is a Citizen of Connecticut.**

9. Defendant UnitedHealthcare Insurance Company is a Connecticut corporation with its principal place of business in Hartford, Connecticut. It is well settled that for purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77 (2010).

10. Pursuant to the business record details publicly available on the Connecticut Department of State website, UnitedHealthcare Insurance Company is a Connecticut corporation with its principal place of business in Hartford, Connecticut. A true and correct copy of the relevant portion of the Business Record Details on the Connecticut Secretary of State website is attached hereto as **Exhibit C**. As such, UnitedHealthcare Insurance Company is a citizen of Connecticut for purposes of determining diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1); *Hertz Corp., supra.*

**2. Plaintiff is a Citizen of Virginia**

11. Plaintiff alleges in its Complaint that it is a medical practice in the Commonwealth of Virginia with a primary office in Falls Church, Virginia. (Compl., ¶ 1).

12. Plaintiff is a limited liability company ("LLC"), and the citizenship of an LLC "is

determined by the citizenship of its members." *W. Va. Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 104 (4th Cir. 2011); *see also* **Exhibit D** (true and correct copy of a printout of the State Corporation Commission Clerk's Information System for Plaintiff). Citizenship for individuals is determined by "domicile, or 'the state the individual considers [his] permanent home.'" *Gambrell v. Titus Transp. Servs., LLC,* 668 F. Supp. 3d 419, 424 (E.D. Va. 2023) (quoting *Dyer v. Robinson*, 853 F. Supp. 169, 172 (D. Md. 1994) (alterations in original)).

13. Based on all publicly available information, Dominion Plastic Surgery, LLC has one member: Dr. Vineet Mehan. *See* **Exhibit E** (excerpt of Westlaw Company Investigator Report identifying Vineet Mehan as a Member and Principal Member of Dominion Plastic Surgery, LLC); **Exhibit F** (Dominion Plastic Surgery, LLC's Articles of Organization filed with the Office of the Clerk, Commonwealth of Virginia State Corporation Commission).

14. Based on all publicly available information, Dr. Vaneet Mehan resides in the Commonwealth of Virginia. *See* **Exhibit G** (true and correct excerpted copy of a Comprehensive Address Report from Accurint Database identifying Dr. Mehan's residence in either Fairfax, Virginia or Great Falls, Virginia); **Exhibit H** (true and correct copy of Westlaw People Finder Household-Centric Report identifying Dr. Mehan's residence in Great Falls, Virginia).

15. Upon information and belief and based on publicly available information, Dominion Plastic Surgery, LLC is therefore a citizen of the Commonwealth of Virginia for purposes of assessing diversity jurisdiction. *See W. Va. Energy Co.*, *supra.*

16. As Plaintiff is not a citizen of Connecticut, its citizenship is diverse from Defendant.

17. Accordingly, because Defendant is not a citizen of Virginia, there is complete diversity of citizenship sufficient for removal.

**3. The Amount in Controversy Exceeds $75,000, Exclusive of Interest and Costs**

18. Plaintiff alleges that it is seeking $350,860.72, exclusive of interest and costs. (*Id.*, ¶¶ 30, 32). "If diversity of citizenship, under 28 U.S.C. § 1332(a) provides the grounds for removal, then the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." *Francis v. Allstate Ins. Co.*, 709 F.3d 362, 367 (4th Cir. 2013).

19. United denies the allegations in the Complaint and denies that it is liable for any damages to Plaintiff. Nonetheless, in evaluating whether diversity jurisdiction exists for purposes of removal, the Court need only look to what amount is "in controversy." *See* 28 U.S.C. § 1332.

20. Here, Plaintiff's Complaint establishes that the amount in controversy exceeds the monetary threshold of $75,000, exclusive of interest and costs.

21. This case is therefore properly removed to this Court on the basis of diversity of citizenship. 28 U.S.C. § 1332(a)(1).

## VENUE

22. The Circuit Court for Fairfax County is located within the Eastern District of Virginia, Alexandria Division. Accordingly, removal to this Court complies with the venue requirements of 28 U.S.C. § 1446(a).

## TIMELY NOTICE OF REMOVAL

23. This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b)(1) because the earliest date on which Defendant was served with process is September 16, 2026.

## NOTICE OF FILING OF REMOVAL NOTICE

24. The written notice required pursuant to 28 U.S.C. § 1446(d) will be timely filed in the Circuit Court for Fairfax County and served upon Plaintiff. A true and correct copy of the Notice to the State Court of Filing of Notice of Removal is attached as **Exhibit I**.

## RESERVATION OF RIGHTS

25. United does not waive—and hereby expressly reserves—its right to assert any and all available legal defenses, including the right to assert such defenses in subsequent proceedings.

26. United does not admit any allegations in Plaintiff's Complaint.

27. United reserves the right to file additional support for this Notice of Removal by way of affidavits, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and legal argument.

**EXECUTION UNDER FED. R. CIV. P. 11**

28. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that this action, currently pending in the Circuit Court for Fairfax County, be removed from that court to this Honorable Court.

Dated: October 15, 2026

Respectfully submitted,

By: *<u>/s/ Emily Baver Bowie</u>*

Emily Baver Bowie, Esq. (Va. ID #83635)
ROBINSON & COLE LLP
1201 Pennsylvania Ave, NW
Suite 820
Washington, DC 20004
Telephone: (771) 213-5650
Email: ebowie@rc.com

*Attorneys for Defendant*
*UnitedHealthcare Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following either by the CM/ECF system, which will send electronic notification to counsel, or via U.S. Mail, postage pre-paid, on October 15, 2026:

Arneal Paulo (Bar No. 100196)
Glynn Law & Associates
2755 Hartland Road
Suite 120
Falls Church, VA 22043
apaulo@glynnlegal.com
*Attorneys for Dominion Plastic Surgery, LLC*

*/s/ Emily Baver Bowie*
Emily Baver Bowie