# EXHIBIT A

E-FILED
07/27/2026 16:16:23
CL-2026-0012158
Christopher J. Falcon
CLERK, CIRCUIT COURT
FAIRFAX, VA

VIRGINIA:

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | | |
|---|---|---|
| Dominion Plastic Surgery, LLC,<br>Doing Business As Hartland Surgical Center<br>Plaintiff, | ) | |
| v. | ) | Case No. _______________ |
| UnitedHealthcare Insurance Company<br>Registered Agent<br>United Agent Group Inc.<br>425 W Washington St<br>Ste 4<br>Suffolk, VA 23434 – 5320<br>Defendant | ) | |

**COMPLAINT**

COMES NOW, the Plaintiff, Dominion Plastic Surgery, LLC, doing business as Hartland Surgical Center, by way of its Complaint against the Defendant, hereby states:

**PRELIMINARY STATEMENT**

This case involves allegations that UnitedHealthcare Insurance Company has breached its obligations under Virginia law with regard to a contract executed between Plaintiff and Defendant. Specifically, Plaintiff, by the undersigned counsel, brings this action and alleges:

**PARTIES**

1. Plaintiff Dominion Plastic Surgery, LLC ("Dominion") is a Virginia limited liability company with its principal place of business at 2755 Hartland Rd., Suite 300, Falls Church, VA 22043.
2. Dominion has conducted business and entered into contracts under the name Hartland Surgical Center ("Hartland").

3. UnitedHealthcare Insurance Company ("United") is a Virginia stock corporation engaged in commerce in Virginia and has a principal office address at 425 W Washington St, Ste 4, Suffolk, VA, 23434 - 5320.

**JURISDICTION AND VENUE**

4. This complaint is a civil action by Plaintiff Dominion, against Defendant United. This Court has jurisdiction over these claims pursuant to Va. C. § 17.1513.
5. The events giving rise to this action occurred in Fairfax County, Virginia. This Court has jurisdiction over the Defendant, and venue is proper in this district.

**STATEMENT OF FACTS**

6. On July 30, 2024, Dominion Plastic Surgery, LLC, doing business as Hartland Surgical Center, and UnitedHealthcare Insurance Company entered into a contract for medical treatment of a patient, J.C.M. *See* Exhibit A.
7. The contract constituted a Single Care Agreement ("SCA") between Dominion and United for surgical treatment of J.C.M.
8. This SCA specified that the negotiated fee for treatment of J.C.M. shall be 130% of the Medicaid allowed amounts.
9. Dominion provided medical care services, and during all relevant periods has maintained its principal place of business in Fairfax County, Virginia.
10. Pursuant to said SCA, on July 22, 2024, Dominion completed treatment of J.C.M. and submitted a claim for payment of surgical services in the total amount of $106,874.15. *See* Exhibit B.
11. To date, United has authorized payment in the amount of $2,042.77 on this claim, leaving a contractual shortage of $860.72. *See* Exhibit C.

12. UnitedHealthcare Insurance Company has not met its obligation to reimburse Dominion for its medical services rendered.

13. On June 10, 2026, Dominion, by and through its legal counsel, contacted United to request proper payment on this claim. To date, there has been no appropriate payment.

**COUNT I**

(*Breach of Contract*)

14. Dominion incorporates and realleges the preceding paragraphs of this Complaint.

15. The SCA is a contract between Dominion, doing business as Hartland Surgical Center, and United for the payment of medical treatment performed on J.C.M.

16. United has breached that contract by failing to make payment in the amount of $2,903.49, instead only making payment in the amount of $2,042.77.

**COUNT II**

(*Unjust Enrichment*)

17. Dominion incorporates and realleges the preceding paragraphs of this Complaint.

18. Dominion performed medical services for J.C.M.

19. Dominion was required to perform such services as a legal and ethical requirement of the medical profession to serve individuals suffering from such medical conditions.

20. Although Dominion has dutifully attempted to obtain appropriate reimbursement for its services, it has not received appropriate reimbursement for critical medical care.

21. The Defendant has benefited by virtue of the fact it did not remit appropriate payment to Dominion for its medical services.

22. Defendant’s retention of monies which should have been remitted for medical services for a health insurance beneficiary is unjust and inequitable.

23. Dominion requested payment from Defendant for the reasonable value of its services. However, Defendant has refused to pay Dominion for the services.

24. As a direct and proximate result of Defendant's failure to pay Dominion for the emergent medical services, Dominion has suffered damages in an amount to be proven at trial.

**COUNT III**

(*Punitive damages*)

25. Dominion incorporates and realleges the preceding paragraphs of this Complaint.

26. Punitive damages may be awarded when there is misconduct, actual malice, or recklessness or negligence that evidences a conscious disregard of the rights of another. *Simbeck, Inc. v. Dodd Sisk Whitlock Corp.*, 257 Va. 53, 58 (1999).

27. Under Virginia law, a court may award punitive damages if the tortfeasor's tort was intentional, "or, if the tortfreasor's negligent act or omission in violation of the common law reflect malice, willful or wanton conduct, or a conscious disregard of the victim's common law rights; and if the evidence is sufficient to support an award of compensatory damages". *Smith v. Litten*, 256 Va. 573, 577 (1998).

28. The action of making payment in the amount of $2,042.77, significantly short of the contracted amount of $2,903.49 is an intentional act that evidences a conscious disregard of the rights of Dominion Plastic Surgery, LLC.

29. The refusal of United to respond to Dominion's demands evidences the refusal of United to fulfill its legal obligations.

**PRAYER FOR RELIEF**

WHEREFORE, Dominion prays for judgment against United as follows:

30. That the Court enter judgment against the Defendant in the amount of $860.72 in calculated damages;

31. That interest be awarded on the foregoing amount;

32. That the Court enter judgment against the Defendant in the amount of $350,000.00 as punitive damages;

33. That the Court order such other and further relief as the Court may deem just and equitable under the circumstances of this case.

**JURY DEMAND**

Plaintiff Dominion Plastic Surgery, LLC hereby demands a trial by jury against the Defendant(s) named herein, as to each count of the foregoing Complaint.

Dated this 24th day of July 2026.

Respectfully submitted,

Arneal Paulo, Esq.
Bar No. 100196
2755 Hartland Road
Suite 120
Falls Church, VA 22043
Tel: 703-884-2399
Fax: 703-995-4336

COUNSEL FOR PLAINTIFF